AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court CENTRAL DISTRICT OF CAL on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>CV07-0746 | DATE FILED | U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>DIGITAL SPECTRUM SOLUTIONS, INC. | | DEFENDANT<br>SOURCING NETWORK SALES, LLC DBA PANDIGITAL AND DOES 1 THROUGH 20 |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  6,826,863 | 12/7/2004 | DIGITAL SPECTRUM SOLUTIONS, INC. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached |

| CLERK<br>SHERRI R. CARTER | (BY) DEPUTY CLERK<br>Verna Hogan | DATE<br>11/15/07 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Robert Fish (California State Bar No. 149771)
Mei Tsang (California State Bar No. 237959)
Fish & Associates, PC
2603 Main Street,. Suite 1050
Irvine, California 92614-6232
Telephone: 949-253-0944
Facsimile: 949-253-9069
email: rfish@fishIPlaw.com

Attorneys for Plaintiff,
Digital Spectrum Solutions, Inc.

James P. Martin (California State Bar No. 170044)
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com

Attorneys for Defendant,
Sourcing Network Sales, LLC dba Pandigital

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL SPECTRUM SOLUTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> SOURCING NETWORK SALES, LLC DBA PANDIGITAL, AND DOES 1 THROUGH 20. <br><br> Defendants. | Case No.: SACV07-746-JVS(AJWx) <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** <br><br> JUDGE: James V. Selna |

-2-

1  TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT plaintiff Digital Spectrum Solutions, Inc. hereby
3  dismisses its complaint in the above-referenced action with prejudice as to the entire
4  action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedures.

Respectfully submitted,

*/s/ Robert D. Fish*

Robert D. Fish (California State Bar No. 149771)
Fish & Associates, PC
2603 Main Street, Suite 1050
Irvine, CA. 92614-6232

Dated: November 15, 2007